

Certificate Number: *21-84032*

# Certificate of Completion of Credit Counseling

The Consumer Financial Education Foundation of America*
hereby certifies that

*Garry Hayes*

completed a session of Credit Counseling, required pursuant to
11 U.S.C. Section 521 (b).

Done this     *3rd day of June, 2021.*



*Rickard K. Mauk*
Certified Financial Health Counselor