| | | |
|---|---|---|
| Debtor 1 | **Garry R Hayes** | Social Security number or ITIN **xxx−xx−9343** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Alabama**

Case number:   **21−30964**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Garry R Hayes
aka Garry Hayes

Dated September 22, 2021

*Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 21-30964   Doc 13   Filed 09/25/21   Entered 09/25/21 23:55:26   Desc Imaged
Certificate of Notice   Page 1 of 4

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Middle District of Alabama

In re:                                                                 Case No. 21-30964-BPC

Garry R Hayes                                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Garry R Hayes, 13825 County Road 24, Verbena, AL 36091-3505 |
| aty | + | James A. Smith, James A. Smith, Attorney at Law, PO Box 2004, Clanton, AL 35046-2004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: QCBWILKINS.COM | | Carly B Wilkins, Carly B. Wilkins, P.C, 560 South |
| | | | Sep 24 2021 00:08:00 | McDonough Street, Suite A, Montgomery, AL 36104-4605 |
| cr | + | EDI: AISACG.COM | | Ally Bank, AIS Portfolio Services LP, 4515 N |
| | | | Sep 24 2021 00:08:00 | Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N |
| | | | Sep 24 2021 00:08:00 | Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4572871 | | Email/Text: bankruptcy@amfirst.org | | Americas First Federal, 1200 4th Avenue North, |
| | | | Sep 23 2021 20:11:00 | Birmingham, AL 35203 |
| 4572870 | + | EDI: GMACFS.COM | | Ally Financial, Attn: Bankruptcy, Po Box 380901, |
| | | | Sep 24 2021 00:08:00 | Bloomington, MN 55438-0901 |
| 4572872 | + | EDI: DISCOVER.COM | | Discover Financial, Attn: Bankruptcy, Po Box |
| | | | Sep 24 2021 00:08:00 | 3025, New Albany, OH 43054-3025 |
| 4572873 | + | EDI: DISCOVERPL | | Discover Personal Loans, Attn: Bankruptcy, Po |
| | | | Sep 24 2021 00:08:00 | Box 30954, Salt Lake City, UT 84130-0954 |
| 4572874 | + | EDI: DRIV.COM | | Santander Consumer USA, Attn: Bankruptcy, Po |
| | | | Sep 24 2021 00:08:00 | Box 961245, Fort Worth, TX 76161-0244 |
| 4572875 | + | EDI: RMSC.COM | | Synchrony Bank/Care Credit, Attn: Bankruptcy |
| | | | Sep 24 2021 00:08:00 | Dept, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021                 Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Carly B Wilkins | cwilkins@cbwlegal.com  kesco@cbwlegal.com;cwilkins@ecf.axosfs.com |
| James A. Smith | on behalf of Debtor Garry R Hayes james@jamesasmithlaw.com  ccba713@gmail.com;r48241@notify.bestcase.com |

TOTAL: 3